PROB 12C  
(7/93)

Report Date: April 1, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 04, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Richard Loeber          Case Number: 0980 2:15CR00037-JLQ-1

Address of Offender: No fixed residence, Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: July 17, 2015

| | | |
|---|---|---|
| Original Offense: | Escape from Federal Custody, 18 U.S.C. § 751 (a) | |
| Original Sentence: | Prison 110 days;<br>TSR - 24 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: July 17, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 16, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: James Loeber failed to notify the U.S. Probation Office at least 10 days prior to a change in residence, in violation of standard condition number 6 of his supervised release.<br><br>On March 29, 2016, a U.S. probation officer (USPO) attempted to make contact with Mr. Loeber at his newly reported residence in Kennewick, Washington. Upon contact with the residence, the USPO was told by other house members that Mr. Loeber had moved out of the residence on March 27, 2016. They stated that they did not have any new addresses for the offender and they had not had any contact with him since March 27, 2016.<br><br>The undersigned officer has attempted to call Mr. Loeber numerous times with negative results. As of the date of this petition, Mr. Loeber's whereabouts are unknown to the U.S. Probation Office. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

Prob12C
Re: **Loeber, James Richard**
**April 1, 2016**
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/1/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Signature of Judicial Officer_

4/2/2016
Date