PROB 12C
(6/16)

Report Date: December 19, 2016

## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 2 0 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: James Richard Loeber          Case Number: 0980 2:15CR00037-JLQ-1

Address of Offender: No fixed residence, Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: July 17, 2015

| | | |
|---|---|---|
| Original Offense: | Escape from Federal Custody, 18 U.S.C. § 751 (a) | |
| Original Sentence: | Prison - Time Served (110 days) TSR - 24 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: July 17, 2015 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 16, 2017 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/01/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |

**Supporting Evidence**: James Loeber failed to notify the U.S. Probation Office prior to leaving the Eastern District of Washington, in violation of standard condition number 1 of his supervised release.

On December 15, 2016, Mr. Loeber was arrested by the United States Marshals Service in the Western District of Washington. Mr. Loeber failed to obtain permission from either the Court, or his U.S. probation officer, prior to leaving the Eastern District of Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/19/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/20/2016

Date