PROB 12C
(6/16)

Report Date: March 2, 2018

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 05, 2018

SEAN F. MCAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: James Richard Loeber | Case Number: 0980 2:15CR00037-RHW-1 |
| Address of Offender: | Spokane Valley, Washington 99205 |
| Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge | |
| Date of Original Sentence: July 17, 2015 | |
| Original Offense: Escapte from Federal Custody, 18 U.S.C. § 751 (a) | |
| Original Sentence: Prison - 110 days<br>TSR - 24 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>February 15, 2017 | Prison - 8 months<br>TSR - 16 months |
| Asst. U.S. Attorney: Matthew F. Duggan | Date Supervision Commenced: August 11, 2017 |
| Defense Attorney: John Barto McEntire, IV | Date Supervision Expires: December 10, 2018 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and must report to the probation officer as instructed.

**Supporting Evidence**: On August 14, 2017, the offender reported to the United States Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.

Mr. Loeber has violated his terms of supervised release by failing to report to the probation officer as instructed.

On January 29, 2018, Mr. Loeber reported to the U.S. Probation Office for an appointment as instructed. Mr. Loeber was subsequently informed and provided an appointment slip with a follow up probation appointment instructing him to report to U.S. Probation on February 26, 2018. Mr. Loeber failed to show for this appointment and failed to contact U.S. Probation in any manner. On February 27, 2018, the undersigned unsuccessfully attempted to contact Mr. Loeber via his last provided cellular number in which text messages and phone calls have been unanswered. Mr. Loeber's current whereabouts are unknown and he appears to be evading supervision.

Prob12C
**Re: Loeber, James Richard**
**March 2, 2018**
Page 2

| | | |
|---|---|---|
| | 2 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: On August 14, 2017, the offender reported to the United States Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged he understood his obligation to the Court.

Mr. Loeber has violated his terms of supervised release by failing to notify U.S. Probation of his current living arrangements.

On January 29, 2018, Mr. Loeber reported to the U.S. Probation Office for an appointment as instructed. It was at that time Mr. Loeber, provided an updated residence, reporting that he would be moving into an Oxford House by January 31, 2018. After failing to report to U.S. Probation for his scheduled appointment on February 26, 2018, the undersigned reported to Mr. Loeber's provided address on March 1, 2018. The undersigned was informed by current tenants at Mr. Loeber's provided address that there is nobody living in the residence named James Richard Loeber. Subsequently, the undersigned called the house manager of the address provided and was informed that Mr. Loeber was approved to reside at this address, though he never moved in and he never heard back from Mr. Loeber. Mr. Loeber's current whereabouts are unknown and he appears to be evading supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/02/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons

*Robert A. Whaley*
Signature of Judicial Officer

3/5/2018
Date