PROB 12C
(6/16)

Report Date: March 18, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 19, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Richard Loeber      Case Number: 0980 2:15CR00037-RHW-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: July 17, 2015

Original Offense:      Escape from Federal Custody, 18 U.S.C. § 751 (a)

Original Sentence:      Prison - 110 days      Type of Supervision: Supervised Release
                        TSR - 24 months

Revocation Sentence:    Prison - 8 months
February 15, 2017       TSR - 16 months

Asst. U.S. Attorney:    Matthew F. Duggan      Date Supervision Commenced: August 11, 2017

Defense Attorney:       Federal Defenders Office    Date Supervision Expires: December 10, 2018

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/02/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting the permission from the court or the probation officer.<br><br>**Supporting Evidence**: Mr. Loeber failed to notify the U.S. Probation Office prior to leaving the Eastern District of Washington, in violation of standard condition number 3 of his supervised release.<br><br>On March 12, 2019, Mr. Loeber was arrested by the U.S. Marshals Service in the District of Montana. Mr. Loeber failed to obtain permission from either the Court, or his U.S. probation officer, prior to leaving the Eastern District of Washington.<br><br>On August 14, 2017, Mr. Loeber reported to the U.S. Probation Office for the purpose of an intake. It was at that time Mr. Loeber was informed of all mandatory, standard, and special |

Prob12C
**Re: Loeber, James Richard**
**March 18, 2019**
**Page 2**

conditions of supervised release, and he acknowledged he understood his obligation to the Court.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/18/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

3/19/2019
Date